ACCEPTED
14-14-00462-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/29/2015 1:50:40 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 14-14-00462-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/29/2015 1:50:40 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS FOR THE FOURTEENTH DISTRICT OF TEXAS AT HOUSTON

### THE STATE OF TEXAS,
Appellant,

### V.

### TREELINE PARTNERS, LTD., A TEXAS LIMITED PARTNERSHIP, LAROCA PARTNERS II, LTD., A TEXAS LIMITED PARTNERSHIP, AND CBS OUTDOOR, INC., A DELAWARE CORPORATION,
Appellees.

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellant, the State of Texas, presents this Motion pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure and respectfully moves the court for an extension of time to file Appellant's Reply Brief. As grounds for this Motion, Appellant would respectfully show the Court the following:

1. Appellant's Reply Brief is due to be filed on April 29, 2015.

2. Appellant requests an extension of time to file its Brief until Monday, May 4, 2015, which is 5 days after the current due date of April 29, 2015.

3. This is Appellant's second request for extension of time to file its Reply Brief.

4.     Appellant needs an extension of time to file its Brief because time constraints on State's counsel have made it impossible to complete the State's Reply Brief by April 29, 2015. This case involves two appellees with different issues as to each appellee. Combined, the Appellees' response briefs comprise 105 pages, and the appellate record includes a Clerk's Record of 1,134 pages and a sixteen volume Reporter's Record of 2,536 pages. Also, on April 24, 2015, the Supreme Court issued an opinion in *State v. Clear Channel Outdoor, Inc.*, No. 13-0053, — S.W.3d —, 2015 WL 1870306 (Tex. Apr. 24, 2015), an opinion which impacts this case and will be addressed in the Reply Brief. In addition, since March 30, 2015, State's counsel, in addition to routine duties, has had to make substantial time commitments to the following:

a.  Completing and filing an Appellant's Reply Brief in *State v. Titan Land Development, Inc.*, No. 01-14-00899-CV in the First Court of Appeals.

b. Preparing for and attending Oral Argument in *State v. Titan Land Development, Inc.*, No. 01-14-00899-CV in the First Court of Appeals.

c.  Preparing and filing an Appellant's Reply Brief in *State v. KNA Partners*, No. 01-14-00723-CV in the First Court of Appeals; and

d. Answering discover and preparing discovery requests *in State v. Northwest Airport Management, L.P.*, No. 1045839 in the County Civil Court at Law No. One of Harris County.

For these reasons, Appellant respectfully requests that the Court grant an extension for filing Appellant's Reply Brief until Monday May 4, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

RANDALL K. HILL
Assistant Attorney General
Chief, Transportation Division

/S/ Susan Desmarais Bonnen
SUSAN DESMARAIS BONNEN
State Bar No. 05776725
susan.bonnen@texasattorneygeneral.gov
PHILIP ARNOLD
State Bar No. 24044710
Assistant Attorneys General
P. O. Box 12548
Austin, Texas  78711-2548
512/ 463-2004; FAX 512/ 472-3855

ATTORNEYS FOR APPELLANT,
THE STATE OF TEXAS

## CERTIFICATE OF CONFERENCE

I hereby certify that on April 29, 2015, I conferred with Dixon Montague and he indicated that Appellees Treeline and LaRoca were not opposed to the motion and I conferred with Leslie Taylor and she indicated that Appellee CBS was not opposed to the motion.

/S/ Susan Desmarais Bonnen
SUSAN DESMARAIS BONNEN
Assistant Attorney General

## CERTIFICATE OF SERVICE

This is to certify that on this day, April 29, 2015, a true and correct copy of the foregoing *Unopposed Motion for Extension of Time to File Appellant's Reply Brief* has been sent as follows:

Leslie Taylor                                 ***VIA FACSIMILE (713) 658-8211***
Rothfelder & Falick, LLP               ***and E-Service***
1201 Louisiana, Suite 550
Houston, Texas 77002

ATTORNEYS FOR APPELLEE
CBS OUTDOOR, INC.

Dixon Montague                          ***VIA FACSIMILE (713) 615-5461***
Vinson & Elkins                         ***and E-Service***
1001 Fannin Street, Suite 2500
Houston, Texas 77002

ATTORNEY FOR APPELLEES TREELINE
PARTNERS, LTD., A TEXAS LIMITED
PARTNERSHIP, AND LAROCA PARTNERS IL
LTD., A TEXAS LIMITED PARTNERSHIP

/S/ Susan Desmarais Bonnen
SUSAN DESMARAIS BONNEN
Assistant Attorney General